JOHN R. RAINBOW, Respondent, v. WINTER CONENARA CORP., INC., Defendant, and MARIE L. O'NEILL, Appellant.— In a stockholder's derivative action, brought to compel the individual defendant to account for rents collected by her on behalf of the corporate defendant, order denying motion of the individual defendant to open her default, to vacate the judgment entered thereon, and to restore the case to the Special Term calendar for a day certain, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

MARGARET RIEMERS, Respondent, v. BETTY CLARK, Appellant.— Action to recover damages for personal injuries suffered by plaintiff, a guest in defendant's automobile, driven, with the permission of the latter, by the husband of the plaintiff upon a public highway in the State of New York. By reason of her husband's negligent operation of the car, it collided with an obstruction near the public highway and plaintiff was injured in her person. From a judgment in favor of plaintiff, the defendant appeals. Judgment unanimously affirmed, with costs. (Schubert v. Schubert Wagon Co., 249 N. Y. 253.) Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

MARJORIE L. ROHLICH, as Administratrix, etc., of HENRY ROHLICH, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action to recover damages for death of plaintiff's intestate, caused by the negligence of the defendant's motorman in striking the decedent with defendant's trolley car while decedent was crossing defendant's tracks where its private right-of-way intersected the sidewalk. Judgment in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.